UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| GROVER HALL, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 2:16-CV-196 |
| | § | |
| WERNER ENTERPRISES, INC., | § | |
| | § | |
| Defendant. | § | |

## **JUDGMENT OF THE COURT**

On February 22, 2018, the jury entered a verdict awarding Plaintiff no damages.

On that verdict, this Court enters this final judgment.

ORDERED this 23rd day of February, 2018.

_____
Jason B. Libby
United States Magistrate Judge